UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM,<br><br>        Plaintiff,<br><br>   v.<br><br>CHILD PROTECTIVE SERVICES OF TULARE COUNTY, et al.,<br><br>        Defendants. | Case No.  1:21-cv-00433-NONE-EPG<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $402 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Chong Sook Lim is proceeding *pro se* in this action.  Plaintiff has neither paid the $402 filing fee, nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to provide Plaintiff with a copy of the Application to Proceed In Forma Pauperis; and

2. **Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, shall pay the $402 filing fee for this action. No requests for extension will be granted without a showing of good cause.

\\\

\\\

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __March 17, 2021__         /s/ *Erica P. Grosjean*
                                  UNITED STATES MAGISTRATE JUDGE